

**GRANTED**

The moving party is hereby **ORDERED** to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Robert W. Kumarski Jr.*

**Robert W. Kiesnowski**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, COUNTY OF ADAMS, COLORADO

1100 Judicial Center Drive
Brighton, Colorado 80601
(303) 659-1161

**EFILED Document – District Court**
**CO Adams County District Court 17th JD 2011CV1476**
**Filing Date: Nov 4 2011 8:30AM MDT**
**Transaction ID: 40721963**

---

**Plaintiff:**  PAUL SILLI

v.

**Defendant:**  BRIAN MARTINEZ and PINNACLE CHARTER SCHOOL, INC.

▲COURT USE ONLY▲

---

Case Number: 2011cv1476

Division: W

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This matter comes before the Court on Defendants Brian Martinez and Pinnacle Charter School, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  The Court, finding that good cause exists to grant the Motion, and having otherwise been fully apprised in the premises,

HEREBY ORDERS that Defendants' Motion is GRANTED.  Defendants shall have up to and including November 29, 2011 to move, answer or otherwise respond to Plaintiff's Complaint.

DATED THIS _____ day of November, 2011.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Current Date:**   Nov 04, 2011

**/s/ Judge Robert Kiesnowski Jr**